UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRAZEIK EDWARDS,<br><br>    Plaintiff,<br><br>  v.<br><br>ALEXANDER COUNTY HOUSING AUTHORITY, JAMES WILSON, THOMAS UPCHURCH, JOANNE PINK, MARTHA FRANKLIN, HOUSING AND URBAN DEVELOPMENT, and BEN CARSON,<br><br>    Defendant. | Case No. 19-cv-879-JPG-RJD |

## **MEMORANDUM AND ORDER**

This matter comes before the Court on plaintiff Brazeik Edwards's complaint (Doc. 1). The Court notes that the pleading is not signed and does not state the plaintiff's email address and telephone number as required by Federal Rule of Civil Procedure 11(a). The Court **ORDERS** that the plaintiff shall have fourteen days from entry of this order to cure this defect by resubmitting the complaint with the missing information. If the plaintiff fails to resubmit the complaint with the missing information, the Court will strike the complaint and will dismiss this case without prejudice. The Court further **DIRECTS** the Clerk of Court to send a copy of the complaint (without the CM/ECF heading printed on it) to the plaintiff so that she may add the missing information and refile the document.

**IT IS SO ORDERED.**
**DATED: August 14, 2019**

                                                    s/ J. Phil Gilbert
                                                  **J. PHIL GILBERT**
                                                  **DISTRICT JUDGE**