N THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BRAZEIK EDWARDS,<br>KOREE SIMELTON,<br>KENNY WAYNE SIMELTON,<br>ERIC OLIVER,<br>SHAMEKA NELSON, and<br>JAMIKA C. SUEING,<br>Plaintiffs,<br><br>v.<br><br>ALEXANDER COUNTY HOUSING<br>AUTHORITY,<br>JAMES WILSON,<br>THOMAS UPCHURCH,<br>JOANNE PINK, and<br>MARTHA FRANKLIN,<br>Defendants. | Case No. 19–CV–00879–JPG<br><br><br><br>CONSOLIDATED CASE<br><br><br>No. 19–CV–00880–JPG<br>No. 19–CV–00881–JPG<br>No. 19–CV–01116–JPG<br>No. 19–CV–01253–JPG<br>No. 19–CV–01328–JPG |

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff Shameka Nelson's Complaint is **DISMISSED WITHOUT PREJUDICE** (voluntary dismissal) and that Plaintiffs Brazeik Edwards, Koree Simelton, Kenny Wayne Simelton, Eric Oliver, and Jamika C. Sueing's complaints are **DISMISSED WITH PREJUDICE** (involuntary dismissal).


**Dated: Friday, April 2, 2021**            **MARGARET M. ROBERTIE**
                                             **CLERK OF COURT**

                                             **s/Tina Gray, Deputy Clerk**


**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**